UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Faron Gordon,

    Plaintiff

v.

Adult Superstore,

    Defendant

2:16-cv-01065-JAD-NJK

**Order Adopting Report and Recommendation and Dismissing and Closing Case**

[ECF No. 4]

On May 16, 2016, Magistrate Judge Koppe dismissed plaintiff Faron Gordon's complaint without prejudice and gave him until June 16, 2016, to file an amended complaint.[1] She cautioned Gordon that, if he chose to file an amended complaint, it must be either type-written or hand-written legibly. She also ordered Gordon to pay the filing fee or submit a completed application to proceed *in forma pauperis*. Though Gordon submitted an application to proceed *in forma pauperis*, he has not submitted an amended complaint, and the deadline for doing so has expired.

On June 27, 2016, Magistrate Judge Koppe granted Gordon's application to proceed *in forma pauperis*,[2] and she now recommends dismissing this case without prejudice because Gordon failed to file an amended complaint, leaving no operative complaint in this case. Objections to the magistrate judge's recommendations were due by July 14, 2016, and Gordon has not filed an objection or requested an extension to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3] Accordingly, and with good cause appearing,

IT IS HEREBY ORDERED that **the report and recommendation [ECF No. 4] is ADOPTED; this case is DISMISSED without prejudice.**

---

[1] ECF No. 2.

[2] ECF No. 14.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

1     The Clerk of Court is instructed to CLOSE this case.

2     Dated this 19th day of July, 2016.

                                                  _____
                                                  Jennifer A. Dorsey
                                                  United States District Judge